**IN RE: Clinton C. BARLOW, III, Petitioner.**

No. 17-1397

United States Court of Appeals, Fourth Circuit.

Submitted: January 4, 2018

Decided: February 6, 2018

Clinton C. Barlow, Petitioner Pro Se.

Before AGEE, Circuit Judge, and HAMILTON and SHEDD, Senior Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton C. Barlow, III, petitions for a writ of mandamus relating to his habeas petition filed in the District of New Jersey, as well as a permanent filing injunction imposed on him by that court. We lack authority to grant mandamus relief in a case over which we would not have appellate jurisdiction. *See In re Ojeda Rios*, 863 F.2d 202, 204 (2d Cir. 1988); *cf. In re Va. Elec. & Power Co.*, 539 F.2d 357, 365 (4th Cir. 1976) (holding that 28 U.S.C. § 1651 "authorizes this court to issue writs of mandamus to district courts in the circuit"). Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*